Lena C. Tedesco, Individually and as Executrix of Frank J. Tedesco, Deceased, Plaintiff, v A.P. Green Industries, Inc., et al., Defendants, and Insulation Distributors, Inc., Respondent and Third-Party Plaintiff-Respondent. E.I. du Pont de Nemours and Company, Third-Party Defendant-Appellant.

Submitted May 8, 2006; decided June 29, 2006

Motion to dismiss the appeal herein as moot denied.

Welsbach Electric Corp., Respondent, v MasTec North America, Inc., Appellant.

Submitted June 19, 2006; decided June 29, 2006

Motion by American Subcontractors Association for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within 10 days.